**No. 09-10520. Jason Eric Sonntag, Petitioner v. Jim Woods, et al.**

562 U.S. 845, 131 S. Ct. 86, 178 L. Ed. 2d 55, 2010 U.S. LEXIS 5821.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-10522. Daniel W. Dauwe, Petitioner v. G. David Miller, et al.**

562 U.S. 845, 131 S. Ct. 86, 178 L. Ed. 2d 55, 2010 U.S. LEXIS 5892.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 364 Fed. Appx. 435.

**No. 09-10524. Nathan Felder, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 845, 131 S. Ct. 86, 178 L. Ed. 2d 55, 2010 U.S. LEXIS 5973.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-10527. Derek Todd Fulbright, Petitioner v. D. L. Runnels, Warden.**

562 U.S. 845, 131 S. Ct. 87, 178 L. Ed. 2d 55, 2010 U.S. LEXIS 5980.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 362 Fed. Appx. 892.

**No. 09-10530. Brian Darnell Edwards, Petitioner v. California.**

562 U.S. 845, 131 S. Ct. 87, 178 L. Ed. 2d 55, 2010 U.S. LEXIS 5991.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of California denied.

**No. 09-10537. Julian Lopez, Petitioner v. Michael Thurmer, Warden.**

562 U.S. 845, 131 S. Ct. 88, 178 L. Ed. 2d 55, 2010 U.S. LEXIS 5842.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 594 F.3d 584.

**No. 09-10538. Kenneth J. Kanger, Petitioner v. Charles L. Ryan, Director, Arizona Department of Corrections, et al.**

562 U.S. 846, 131 S. Ct. 88, 178 L. Ed. 2d 55, 2010 U.S. LEXIS 5853.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.